THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CEDRIC YOUNG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:08-CV-468-TMH |
| | ) | [WO] |
| JEFFERY KELLER, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On November 21, 2008, the Magistrate Judge filed a Report and Recommendation (Doc. 18) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 18) of the Magistrate Judge is ADOPTED; and

2. This case be DISMISSED without prejudice to afford Petitioner an opportunity to exhaust his administrative remedies in accordance with the procedures established by the Bureau of Prison.

An appropriate judgment will be entered.

Done this 18th day of December, 2008.

**/s/ Truman M. Hobbs**

SENIOR UNITED STATES DISTRICT JUDGE